# Exhibit A

| Seller Alias | Email(s) |
|---|---|
| A1ZR1GV3QX8BUM | 15918592224@163.com |
| A33MPQ02N3VJRF | xiaoyunshangmao1@163.com |
| AUST-CR | yunshefrr2@outlook.com |
| baotoushiyulaohubaihuoshangdiangerenduzi | qixiaoyubaihuo@163.com |
| binzhouruiyangzhinenggongchengyouxian | hanshuai1988@outlook.com |
| CaijuLAi | cbaib9878@163.com |
| chongseshangmao | anchong96@outlook.com |
| Danchao Trading | wd18539908002@163.com |
| dengzhoushiconghongshangmaoyouxiangongsi | conghongshangmao@163.com |
| dongmeiyppai | 18336563589@163.com |
| DongXiaoQi9011 | dongxi900101aoqi@163.com |
| ERISTJ AUTO PARTS | owwjiqq1@163.com |
| FanXiangXiang shop | lifa198104nxiang@163.com |
| gaihua0506 | gaih8956@163.com |
| guangxideyingqichezulinyouxiangongsi | qiaonlona@outlook.com |
| he nan zhen yuan tang yi yao you x | liyuyong2026@outlook.com |
| HsevenQi | qi981024@163.com |
| jiangyaeu621 | jiangyaeu621@outlook.com |
| Jinfuteng | lemon6959@outlook.com |
| Junpeng Trading Station | wjp18749222371@163.com |
| Nalukodo | leoinsane1018@outlook.com |
| Peibin Preferred | luohaiyuemz@163.com |
| QiXianLiangShunNongChanPinJingYingBu(GeRenDuZi) | bianywf89820@outlook.com |
| roslily | 396070487@qq.com |
| shangshuixianyongquanshangmaoyouxiangongsi | dyq19213946485@163.com |
| sitemu | aqlyanql@163.com |
| taizhoushihongguanfushiyouxian | lihongmei1547@outlook.com |
| taoqiangbaodandian | chentaoqiang582@163.com |
| Yanacchi STORE | shulu7382840@163.com |
| yueyueniaoSHOP | yinpengmao0130@outlook.com |
| Yufulai1980 | andywuhoucheng@outlook.com |
| Zhoukou Liulong Trading Co., Ltd. | lsl15518087037@163.com |
| zhoukouxinjianbaihuoyouxiangongsi | dxj15238834499@163.com |
| betaaauto | fizgyo55@163.com |
| bochaoauto | 19874278039@163.com |
| Boyd_Tommy | clara-margery@hotmail.com |
| chhennyo | cyao1134@163.com |
| coltoncy | cyao1133@163.com |
| fafaauto_008 | fafacundo008@126.com |
| haappyyshop | sdisure13@163.com |
| jacob_edstiescom | lesa_inacon@hotmail.com |
| longquanp833 | longquanp83@outlook.com |

| | |
|---|---|
| marry_thetiternoun | charles_fansingties@hotmail.com |
| moses-louisa | quintion-stevenson@hotmail.com |
| muctouch | xuechuan_xiao@126.com |
| Parts-manufacturing | hyx1234449@163.com |
| proautopartshub | julimeihuo110@sina.com |
| sakkuwy | sdisure17@163.com |
| skeetcu | skeetcuts@outlook.com |
| starry_cby_autoparts | starebay05@163.com |
| sys701 | lusylufy780@126.com |
| teen-autoshop | sdisure27@163.com |
| tt1381-2 | tt13815053583@126.com |
| A Sincere Decorative painting | 19265918112@163.com |
| DreamhaloShop | 18583241538@163.com |
| EAZE MEN | 704266876@qq.com |
| FlwrLiteShop | 19180480560@163.com |
| FUJIANEMPORIUM | 120402311@qq.com |
| GCfive | zgctemukuajing@163.com |
| Henry Art Decor | 13666999066@163.com |
| Iron Art Painting Depot | z17031308960@163.com |
| J Canvas print poster | 2448174034@qq.com |
| LDavisa | 503306340@qq.com |
| LLLLLLLLLXXXXXXLLLLL | 15105903743@163.com |
| LSLM EMPORIUM | 120402311@qq.com |
| Milk YI | 15208123757@163.com |
| OrtSchon | 19180480062@163.com |
| Outpost Threads Shop | fnt_wkhr10heh@dingtalk.com |
| PencilER | 18848345761@163.com |
| Riot Tee Co | 13380316362@163.com |
| SADQWRDG | jzqfzk@163.com |
| SanTiJi C | 2821142434@qq.com |
| SUINIQUDEDIAN | 1427984496@qq.com |
| ZONE MEN | 704266876@qq.com |
| CarChic-N | s84984891@outlook.com |
| Cup Master | guq5fn@163.com |
| shiwfa | shiwfa01@163.com |